UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFAKISH,<br><br>    Appellant,<br><br>    v.<br><br>MORGAN HILL VINEYARD OWNERS' ASSOCIATION,<br><br>    Appellee. | Case No. 22-cv-04253-PCP<br><br>**ORDER TO SHOW CAUSE** |

Per the initial case management scheduling order in this appeal, Dkt. No. 2, Mr. Safakish was required to file his principal brief no more than 30 days after docketing of notice that the bankruptcy court record is available on the District Court's electronic docket. That notice was provided on July 5, 2023. Dkt. No. 10. To date, however, Mr. Safakish has not filed his principal brief. Accordingly, Mr. Safakish is ordered to show cause why this appeal should not be dismissed for failure to prosecute. Mr. Safakish's response or principal brief must be filed within 21 days of this order.

**IT IS SO ORDERED.**

Dated: November 2, 2023

_____

P. Casey Pitts
United States District Judge